UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-00013 RM |
| ) | |
| NICOLE D. CATES (03) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 14, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 46], ACCEPTS defendant Nicole Cates' plea of guilty, and FINDS the defendant guilty of Count 6 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

SO ORDERED.

ENTERED:   May 4, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court